IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA L. ALLEN                                                                                    PLAINTIFF

v.                                        NO. 4:15-CV-417 JLH/BD

THRELKELD, et al.                                                                               DEFENDANTS

**ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Allen's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. While Allen says that Judge Deere misunderstood his claims, even as they are characterized in his objection no constitutional violation is alleged.

Allen's claim regarding the Defendants' destruction of his personal property or improperly accessing his Arrest Disposition Report is DISMISSED, without prejudice. His claims against the Saline County Detention Center and the Saline County Sheriff's Office are DISMISSED, with prejudice. His claims against Defendant Threlkeld are DISMISSED, without prejudice, and his claims against Defendants Balding, Bently, and Holleman in their official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED this 30th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE