## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JOSHUA L. ALLEN                                                                                 PLAINTIFF

V.                                 CASE NO. 4:15-CV-417 JLH/BD

THRELKELD, et al.                                                                              DEFENDANTS

### ORDER OF DISMISSAL

Plaintiff Joshua L. Allen, formerly an inmate at the Saline County Detention Facility ("Detention Facility"), filed this lawsuit pro se on July 9, 2015.  (Docket entry #2)  Allen was allowed to proceed *in forma pauperis*.

Recently, Allen's mail has been returned to the Court as "undeliverable" with a notation that he is no longer housed at the Detention Facility.  (#18, #19)  Therefore, the Court ordered Allen to provide the Court an updated address within thirty days if he wanted to proceed with this lawsuit.  (#20)  Allen was specifically cautioned that his claims could be dismissed if he failed to comply with the Court's August 17, 2015 Order.

Allen has not complied with the Court's August 17, 2015 Order, and the time allowed for doing so has passed.  Accordingly, Allen's claims are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to prosecute and comply with a Court Order.  The Clerk is directed to close this case.

IT IS SO ORDERED this 23rd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE