IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA L. ALLEN                                                                                    PLAINTIFF

V.                         CASE NO. 4:15-CV-417 JLH/BD

THRELKELD, et al.                                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE